NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-19-0000105
10-JUL-2019
08:26 AM

NO. CAAP-19-0000105

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

EUGENE C. DEREGO, Claimant-Appellant, v.
ISEMOTO CONTRACTING COMPANY, LTD., Employer-Appellee,
and ST. PAUL TRAVELERS, Insurance Carrier-Appellee,
and SPECIAL COMPENSATION FUND, Appellee

APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(CASE NO. AB 2016-284(H) (DCD NO. 1-04-00278))

ORDER GRANTING MOTION TO DISMISS APPEAL
(By: Ginoza, Chief Judge, Fujise and Leonard, JJ.)

Upon consideration of Claimant-Appellant Eugene C. DeRego's (DeRego) July 3, 2019 Motion to Dismiss Appeal, the papers in support, and the record, it appears that (1) the appeal has been docketed; (2) DeRego seeks to dismiss the appeal with the parties bearing their own attorneys' fees and costs; and (3) the requested relief is authorized by Hawai'i Rules of Appellate Procedure Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the motion is granted and the appeal is dismissed. The parties shall bear their own attorneys' fees and costs.

DATED: Honolulu, Hawai'i, July 10, 2019.

Chief Judge

Associate Judge

Associate Judge